**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1146**

---

CAROLYN BANDY,

Plaintiff - Appellant,

versus

SPRINT MID-ATLANTIC TELECOM, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Fox, Senior District Judge. (CA-00-819-5-F)

---

Submitted:  July 18, 2002          Decided:  July 23, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Carolyn Bandy, Appellant Pro Se.  Zebulon Dyer Anderson, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina; Thomas Blumeyer Weaver, ARMSTRONG, TEASDALE, SCHLAFLY & DAVIS, St. Louis, Missouri, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn Bandy appeals the district court's order granting summary judgment to the Defendant on Bandy's action alleging race discrimination and retaliatory harassment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bandy v. Spring Mid-Atlantic Telecom, Inc., No. CA-00-819-5-F (E.D.N.C. Jan. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED